AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| JERRY DANIEL BRAUN | ) Case: 1:22-mj-00069 |
| | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 4/7/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **JERRY DANIEL BRAUN**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Obstruction during Civil Disorder)
18 U.S.C. § 1752(a)(1) (2) and (4) (Entering and Remaining in a Building)
40 U.S.C. § 5104(e)(2)(F) (Violent Entry or Disorderly Conduct)

Date:   04/07/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.04.07 14:01:12 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/7/2022, and the person was arrested on *(date)* 4/12/2022
at *(city and state)* West Covina CA.

Date: 4/12/2022

*Arresting officer's signature*

Scott Brerwrrth, Special Agent
*Printed name and title*