UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Criminal No. 1:22-mj-00069-GMH-1 |
| | : |
| **JERRY DANIEL BRAUN,** | : |
| | : |
| | : |
| **Defendant.** | : |

## ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled hearing on August 23, 2022 be continued for good cause until _____, 2022 at \_\_\_\_\_; and it is further

**ORDERED** that the time between August 23, 2022 and _____, 2022 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and additional time to review discovery.

_____
UNITED STATES MAGISTRATE JUDGE