

# BEN CO

To whom it may concern,

Mr. Braun is employed at Ben co. Our location is close to his residence, and it has not been a problem. We are relocating some equipment to another location that is 2 hours away and Mr. Braun will need to deliver the equipment.

He may need to spend the night at this new location so his curfew will keep him from work and doing the job we need. We hope you can help.

Sincerely, Ben co

South el monte
Ca 91733

PHONE      323)359-4914

EMAIL      shotgunshock@yahoo.com

WEBSITE    Shotgunshock.com