# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) |
| | ) **22-MJ-00069** |
| **JERRY BRAUN,** | ) **Judge Harvey** |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of Defendant Jerry Braun's Unopposed Motion to Modify Release Conditions, and no opposition from the government, and good cause having been shown, it is hereby on this _____ day of _____, 2022,

**ORDERED** that the motion is **GRANTED.** It is also

**ORDERED** that any curfew requirements, either by order issued by the Central District of California District Court or the District of Columbia District Court, are vacated.

**SO ORDERED.**

_____
Magistrate Judge John Harvey
United States District Court

1

2