# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 1:22-mj-00069-GMH-1** |
| | **:** | |
| **JERRY DANIEL BRAUN,** | **:** | |
| | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled hearing on December 13, 2022 be continued for good cause until January 12, 2023 at 1:00 p.m before Magistrate Judge G. Michael Harvey; and it is further

**ORDERED** that the time between December 13, 2022 and January 12, 2023 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and additional time to review discovery.

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE