# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No.:   22-mj-69-GMH |
| | : | |
| **JERRY DANIEL BRAUN,** | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Kyle M. McWaters will appear on behalf of the United States in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Kyle M. McWaters*
Kyle M. McWaters
D.C. Bar No. 241625
Assistant United States Attorney
601 D Street NW
Washington, DC 20850
(202) 252-6983
kyle.mcwaters@usdoj.gov