UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 22-mj-69-GMH-1 |
| | : | |
| v. | : | |
| | : | |
| JERRY DANIEL BRAUN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

This matter having come before the Court pursuant to the Unopposed Motion to Continue and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is therefore:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the status hearing scheduled for May 11, 2013 is continued until July 11, 2023, at 1 PM before United States Magistrate Judge Zia M. Faruqui; it is further

ORDERED that the period of time between May 11, 2023, to July 11, 2023, shall be excluded from computing time under the Speedy Trial Act, including the time within which an information or indictment must be filed, because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (h)(7). The Court finds that the parties are working in good faith towards a potential resolution in the case, and that delay is necessary for the parties to review discovery, negotiate, and reach an agreement.

SO ORDERED.

_____
HONORABLE ZIA M. FARUQUI
United States Magistrate Judge

May 10, 2023
Washington, D.C.