IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-MJ-69 |
| JERRY BRAUN, | ) |
| | ) Judge: Faruqui |
| | ) |
| Defendant. | ) Status Date: July 11, 2023 |

## ORDER

Based on the representation in Defendant Jerry Braun's Unopposed Motion to Continue Status Hearing and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on July 11, 2023, be continued for good cause to August 30, 2023, at _____ a.m./p.m.; it is further

**ORDERED** that the time between July 11, 2023 and August 30, 2023, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution.

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

1